AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
David Michael Camden

Defendant

)
)
) Case: 1:24-mj-00208
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 6/26/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _David Camden_,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting/Resisting/Impeding a Federal Officer;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings

Date: 06/26/2024

_Issuing officer's signature_

2024.06.26
16:48:57 -04'00'

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 6/26/24, and the person was arrested on (date) 7/1/24
at (city and state) Fayetteville, Arkansas.

Date: 7/1/24

Kimberly R. Allen
_Arresting officer's signature_

Kimberly R. Allen, Special Agent
_Printed name and title_